UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,          :

    v.                               :      Case No.: 8:12-MJ-1037 TBM

HERCULES WASHINGTON               :
       Defendant.
_____/

## NOTICE OF APPEARANCE

Defendant Hercules Washington does hereby respectfully notify this Honorable Court, and all interested parties, that he has accepted the appointment of Stephen M. Crawford, Esquire, to serve as his attorney of record in the above styled case.

                    Respectfully submitted,

                    S/ Stephen M. Crawford
                    STEPHEN M. CRAWFORD, ESQUIRE
                    Florida Bar # 309613
                    610 West Bay Street
                    Tampa, Florida 33606
                    (813) 251-2273
                    Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

AUSA James Preston
United States Attorney's Office
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602

                    S/ Stephen M. Crawford

                    Stephen M. Crawford
                    Florida Bar # 309613
                    Attorney for Hercules Washington
                    Stephen M. Crawford, Esquire
                    610 West Bay Street
                    Tampa, Florida 33606
                    Phone No. (813) 251-2273
                    Fax No. (813) 254-1922
                    stephen_crawford@msn.com