UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

HERCULES WASHINGTON,
and
SHAUN MICHAEL GONZALEZ.

CASE NO. 8:12-CR-66-T-33TGW

21 U.S.C. §§ 846 and 841(a)(1)
21 U.S.C. § 853 (Forfeiture)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From an unknown date through on or about January 31, 2012, in the Middle

District of Florida and elsewhere, the defendants,

HERCULES WASHINGTON,
and
SHAUN MICHAEL GONZALEZ,

did knowingly and willfully conspire and agree with others both known and unknown

to the grand jury to possess with intent to distribute five (5) grams or more of

methamphetamine, a controlled substance, contrary to the provisions of Title 21,

United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii).

## COUNT TWO

On or about January 31, 2012, in the Middle District of Florida, the

defendants,

HERCULES WASHINGTON,
and
SHAUN MICHAEL GONZALEZ,

aiding and abetting one another, did knowingly and intentionally possess with intent

to distribute five (5) grams or more of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(viii).

## FORFEITURES

1. The allegations contained in Counts One and Two of this Indictment are

hereby realleged and incorporated by reference for the purpose of alleging

forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

2. From their engagement in any or all of the violations alleged in Counts

One and Two, of this Indictment, punishable by imprisonment for more than one

year, the defendants,

HERCULES WASHINGTON,
and
SHAUN MICHAEL GONZALEZ,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections

853(a)(1) and (2), all of their interest in:

a.    Property constituting and derived from any proceeds the
defendants obtained, directly or indirectly, as a result
of such violations; and

b.    Property used and intended to be used in any manner or
part to commit or to facilitate the commission of such
violations.

3.  If any of the property described above as being subject to forfeiture, as a

result of any act or omission of the defendants:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred, sold to or deposited with, a third
person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot
be subdivided without difficulty;

the United States will seek, pursuant to Title 21, United States Code, Section 853(p),

forfeiture of any other property of said defendants up to the value of the forfeitable

property.

A TRUE BILL,

Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
JAMES C. PRESTON, JR.
Assistant United States Attorney

By: _____
JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Narcotics Section

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## HERCULES WASHINGTON
and
## SHAUN MICHAEL GONZALEZ

## INDICTMENT

Violations:

Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B)(viii)

A true bill,

_Robert E. Brown_
Foreperson

Filed in open court this 16th day

of February, 2012.

_____
Clerk

Bail $_____

FILED

2012 FEB 16  PM 3:45

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA