```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

UNITED STATES OF AMERICA,        :

    v.                             :    Case No.:8:12-CR-00066-VMC-TGW

HERCULES WASHINGTON              :
       Defendant.
_____/

**NOTICE OF POTENTIAL CONFLICT**

    Defendant Hercules Washington, by and through the undersigned defense counsel, does hereby notify this Honorable Court that he is the former federal defendant that this Court referenced in Document Number 13 in the above-styled case.

                              Respectfully submitted,

                              S/ Stephen M. Crawford
                              STEPHEN M. CRAWFORD, ESQUIRE
                              Florida Bar # 309613
                              610 West Bay Street
                              Tampa, Florida 33606
                              (813) 251-2273
                              Attorney for Defendant

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on February 28, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

AUSA James Preston
United States Attorney's Office
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602

                              S/ Stephen M. Crawford

                              Stephen M. Crawford
                              Florida Bar # 309613
                              Attorney for Hercules Washington
                              Stephen M. Crawford, Esquire
                              610 West Bay Street
                              Tampa, Florida 33606
                              Phone No. (813) 251-2273
                              Fax No. (813) 254-1922
                              stephen_crawford@msn.com